# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JPMORGAN CHASE BANK, N.A., a national banking association, For Itself and as Successor by Merger to Chase Home Finance LLC,

   Plaintiff,

vs.

LAS VEGAS DEVELOPMENT GROUP, LLC, *et al.*,

   Defendants.

Case No. 2:15-cv-02159-RFB-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Amended Complaint (#7) in this matter was filed March 2, 2016.  Defendant Las Vegas Development Group, LLC filed its Answer (#11) on March 23, 106.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **May 20, 2016** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 10th day of May, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge