ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
***Attorney for Defendant***
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association, For Itself and As Successor By Merger to Chase Home Finance, LLC, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company; HACIENDA NORTH HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation, | ) ) ) ) ) ) |
| Defendants. | ) ) |

Case No.        2:15-cv-02159-RFB-GWF

**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE
RELATED TO MOTION FOR SUMMARY JUDGMENT**
**(Second Request)**

COMES NOW Plaintiff, JPMORGAN CHASE BANK, N.A., and Defendants, LAS

VEGAS DEVELOPMENT GROUP, LLC and HACIENDA NORTH HOMEOWNERS'

ASSOCIATION, by and through their undersigned counsel, and hereby stipulate and agree as

follows:

1.       On December 7, 2017, Plaintiff filed a Motion for Summary Judgment herein

[Doc. #23].

2.       On December 28, 2017, the parties submitted a stipulation to extend the briefing

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

5272 Fire Night

schedule related to said Motion for Summary Judgment, in order to allow the parties to conduct additional discovery [ECF #26]. Said stipulation was approved on December 29, 2017 [ECF #27]. Responses to the Motion are presently due on March 20, 2017, and Replies are presently due on April 3, 2017.

3. Counsel for Las Vegas Development Group, LLC has requested an additional extension of time in which to respond to the pending Motion for Summary Judgment due to numerous other pending legal matters, as well as an illness that detracted from the time available prepare a response.

4. Defendants shall have an additional extension of time until March 30, 2017, in which to respond to the Plaintiff's Motion for Summary Judgment. Plaintiff shall have until April 13, 2017, in which to file Replies.

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this _____20th_____ day of March, 2017.

ROGER P. CROTEAU &
  ASSOCIATES, LTD.

BALLARD SPAHR LLP

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
**Attorney for Defendant**
**LAS VEGAS DEVELOPMENT GROUP,**
**LLC**

/s/ *Russell J. Burke*
RUSSELL J. BURKE
Nevada Bar No. 12710
100 N. City Parkway, Ste. 1750
Las Vegas, NV 89106
702-471-7000
burker@ballardspahr.com
**Attorney for Plaintiff**
**JPMorgan Chase Bank, NA**

MADDOX ISAACSON & CISNEROS LLP

/s/ *Troy L. Isaacson*
TROY L ISAACSON
Nevada Bar No. 6690
11920 Southern Highlands Pkwy., Suite 100
Las Vegas, NV 89141
702-366-1900
tisaacson@mic-law.com
**Attorney for Defendant**
**Hacienda North Homeowners Association**

5272 Fire Night

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

2:15-cv-02159-RFB-GWF
STIPULATION AND ORDER TO EXTEND
BRIEFING SCHEDULE RELATED TO
MOTION FOR SUMMARY JUDGMENT

**IT IS SO ORDERED.**

By: _____ .
RICHARD F. BOULWARE, II
United States District Judge

Dated: March 21, 2017.

5272 Fire Night

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____20th_____ day of March, 2017, I served via the

United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION**

**AND ORDER TO EXTEND BRIEFING SCHEDULE RELATED TO MOTION FOR**

**SUMMARY JUDGMENT (Second Request)** to the following parties:

| | |
|---|---|
| Abran E. Vigil<br>Ballard Spahr LLP<br>100 N. City Parkway, Ste. 1750<br>Las Vegas, NV 89106<br>702-471-7000<br>702-471-7070 (fax)<br>vigila@ballardspahr.com<br>***Attorney for Plaintiff***<br>***JPMorgan Chase Bank, NA*** | Troy L Isaacson<br>Maddox Isaacson & Cisneros LLP<br>11920 Southern Highlands Pkwy., Suite 100<br>Las Vegas, NV 89141<br>702-366-1900<br>702-366-1999 (fax)<br>service@mic-law.com<br>***Attorney for Defendant***<br>***Hacienda North Homeowners Association*** |
| Russell J. Burke<br>Ballard Spahr LLP<br>100 N. City Parkway, Ste. 1750<br>Las Vegas, NV 89106<br>702-471-7000<br>702-471-7070 (fax)<br>burker@ballardspahr.com<br>***Attorney for Plaintiff***<br>***JPMorgan Chase Bank, NA*** | Barbara M McDonald<br>Maddox Isaacson & Cisneros LLP<br>11920 Southern Highlands Pkwy., Suite 100<br>Las Vegas, NV 89141<br>702-366-1900<br>702-366-1999 (fax)<br>bmcdonald@mic-law.com<br>***Attorney for Defendant***<br>***Hacienda North Homeowners Association*** |
| Kyle A. Ewing<br>Ballard Spahr LLP<br>100 N. City Parkway, Ste. 1750<br>Las Vegas, NV 89106<br>702-471-7000<br>702-471-7070 (fax)<br>ewingk@ballardspahr.com<br>***Attorney for Plaintiff***<br>***JPMorgan Chase Bank, NA*** | |

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU &
ASSOCIATES, LTD.

**ROGER P. CROTEAU & ASSOCIATES, LTD.**<br>• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •<br>Telephone: (702) 254-7775 • Facsimile (702) 228-7719

5272 Fire Night