Abran E. Vigil
Nevada Bar No. 7548
Russell J. Burke
Nevada Bar No. 12710
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
russellb@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association, For Itself and As Successor By Merger To Chase Home Finance LLC,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company; HACIENDA NORTH HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | CASE NO. 2:15-cv-02159-RFB-GWF<br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO EXCLUDE REBUTTAL ESTIMONY OF MICHAEL BRUNSON (ECF NO. 30)<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Defendant HACIENDA NORTH HOMEOWNERS' ASSOCIATION ("the HOA"), by and through its attorneys of record, Maddox, Isaacson & Cisneros; Plaintiff JPMORGAN CHASE BANK, N.A., for itself and as successor by merger to Chase Home Finance LLC ("Plaintiff"), by and through its attorneys of record, Ballard Spahr LLP; and Defendant LAS VEGAS DEVELOPMENT GROUP, LLC ("LVDG"), by and through its attorneys of record, Roger P. Croteau & Associates, Ltd. (collectively, the "Parties"), hereby stipulate and request that this Court extend the deadlines for responses to Plaintiff's Motion to

Exclude Rebuttal Testimony of Michael Brunson, filed on March 6, 2017, as ECF No. 30, as follows:

Opposition due by Defendants: Thursday, March 23, 2017.

Plaintiff's reply to the Defendants' Oppositions in support of its Motion will be due fourteen (14) days from service of the oppositions.

IT IS SO STIPULATED.

Dated this 20th day of March, 2017.

By: */s/ Barbara McDonald*
Troy L. Isaacson, Esq., NV Bar No. 6690
Barbara M. McDonald, Esq., NV Bar 11651
MADDOX, ISAACSON & CISNEROS, LLP
11920 Southern Highlands Parkway, Suite 100
Las Vegas, Nevada 89141

*Attorneys for Defendant Hacienda North Homeowners' Association*

Dated this 20th day of March, 2017.

By: */s/ Russell J. Burke*
Abran E. Vigil, Esq., NV Bar No. 7548
Russell J. Burke, Esq., NV Bar No. 12710
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Plaintiff*

Dated this 20th day of March, 2017

By: */s/ Roger P. Croteau*
Roger P. Croteau Esq., NV Bar No. 4958
Timothy E. Rhode, Esq., NV Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148

*Attorneys for Defendant Las Vegas Development Group*

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 21st day of March, 2017.