Abran E. Vigil
Nevada Bar No. 7548
Russell J. Burke
Nevada Bar No. 12710
Kyle A. Ewing
Nevada Bar No. 14051
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
burker@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association, For Itself and As Successor By Merger To Chase Home Finance LLC,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company; HACIENDA NORTH HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | CASE NO. 2:15-cv-02159-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR JPMORGAN CHASE BANK, N.A. TO FILE A REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE REBUTTAL EXPERT TESTIMONY OF MICHAEL BRUNSON** |

JPMorgan Chase Bank, N.A., a National Banking Association, for itself and as Successor by Merger to Chase Home Finance LLC ("Chase"), Las Vegas Development Group, LLC ("LVDG"), and Hacienda North Homeowners' Association (the "HOA") (collectively, the "Parties") hereby stipulate and agree as follows:

1. Chase filed its Motion to Exclude Rebuttal Expert Testimony of Michael

DMWEST #14325601 v2

Brunson on March 6, 2017 (the "Motion"). (ECF No. 30).

2. The Parties previously stipulated to extend the time for the HOA to respond to the Motion to March 23, 2017 and the time for Chase to file its Reply to the Motion to fourteen days after service of the HOA's Response. (*See* ECF Nos. 34, 38).

3. The HOA filed its Response to the Motion on March 23, 2017. Therefore, Chase's Reply to the Motion is currently due April 6, 2017.

[*Continued on the Following Page*]

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

DMWEST #14325601 v2

1    4.     The Parties now stipulate and agree that the time for Chase to file its
2 Reply to the Motion to Exclude shall be extended one week to April 13, 2017, to allow
3 the Parties to continue their good faith efforts to agree to a stipulation with respect to
4 the HOA's and LVDG's Counter-Motions to Stay. (ECF Nos. 41, 42).

Dated: April 6, 2017.

| MADDOX, ISAACSON & CISNEROS, LLP | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Barbara M. McDonald | By: /s/ Kyle A. Ewing |
| Troy L. Isaacson, Esq.<br>Nevada Bar No. 6690<br>Barbara M. McDonald, Esq.<br>Nevada Bar 11651<br>11920 Southern Highlands Parkway, Suite 100<br>Las Vegas, Nevada 89141 | Abran E. Vigil, Esq.<br>Nevada Bar No. 7548<br>Russell J. Burke, Esq.<br>Nevada Bar No. 12710<br>Kyle A. Ewing<br>Nevada Bar No. 14051<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 |
| *Attorneys for Defendant Hacienda North Homeowners' Association* | *Attorneys for Plaintiff* |

ROGER P. CROTEAU & ASSOCIATES

By: /s/ Timothy E. Rhoda
Roger P. Croteau Esq.
Nevada Bar No. 4958
Timothy E. Rhode, Esq.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148

*Attorneys for Defendant Las Vegas Development Group*

## ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated this 21st day of April, 2017.

3

DMWEST #14325601 v2